**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO SANTIAGO RAMIREZ,<br><br>             Petitioner,<br><br>       v.<br><br>SPEARMAN, Warden,<br><br>             Respondent. | Case No. 1:14-cv-01798-AWI-SKO-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 18)<br><br>ORDER DISMISSING PETITIONER'S STATE LAW CLAIM WITHOUT LEAVE TO AMEND (DOC. 1) AND REFERRING THE MATTER BACK TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On December 31, 2014, the Magistrate Judge filed findings and recommendations to dismiss without leave to amend Petitioner's state law claim that his sentence violates the constitution of the state of California, and to refer the matter back to the Magistrate Judge to order a response to the remaining claim and issue a scheduling order.  The findings and recommendations were served on all parties on the same date.

1

1  The findings and recommendations advised the parties that

2  objections could be filed within thirty days and replies within

3  fourteen days after the filing of objections.  On February 17,

4  2015, Petitioner filed timely objections.  Although over

5  fourteen days have passed since the filing of objections, no

6  reply to the objections has been filed.

7      In accordance with the provisions of 28 U.S.C.

8  § 636(b)(1)(C), this Court has conducted a <u>de</u> <u>novo</u> review of the

9  case.  The undersigned has carefully reviewed the entire file

10 and has considered the objections; the undersigned has

11 determined there is no need to modify the findings and

12 recommendations based on the points raised in the objections.

13 The Court finds that the report and recommendations are

14 supported by the record and proper analysis.

15      Accordingly, it is ORDERED that:

16      1.  The findings and recommendations filed on December 31,

17 2014, are ADOPTED in full; and

18      2.  Petitioner's state law claims are DISMISSED without

19 leave to amend; and

20      3.  The matter is REFERRED back to the Magistrate Judge for

21 further proceedings.

23 IT IS SO ORDERED.

24 Dated:  __April 30, 2015__          _____

25                                      SENIOR DISTRICT JUDGE

2